IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAMES WATKINS

    Plaintiff

v.                                            Civil Action No. JFM-00-CV-2793

C. EARL BROWN, INC., *et al.*

    Defendants

**ORDER**

Upon consideration of Plaintiff's Motion to Amend Complaint to Substitute Administratrix and any opposition thereto, it is this _8th_ day of _January_, 2001 hereby

ORDERED that

(1) Plaintiff's Motion to Amend Complaint to Substitute Administratrix is GRANTED as good cause has been shown;

(2) Plaintiff's First Amended Complaint shall be deemed filed as of the date of this Order;

(3) The Clerk of the Court shall forward a copy of this Order to all counsel of record.

_____
The Honorable J. Frederick Motz
United States District Court
District of Maryland

