UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

March 23, 2001

MEMO TO COUNSEL RE:   Arlene Watkins v. C. Earl Brown, Inc.
Civil No. JFM-00-2793

Dear Counsel:

In accordance with your joint request, the Scheduling Order is hereby modified as follows:

| | |
|---|---|
| May 23, 2001 | Discovery deadline; status report due |
| June 22, 2001 | Summary judgment motions deadline (subject to the procedure set forth in L.R. 105.2.c) |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File