IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Arlene Watkins, et al
      Plaintiff

v.   Case No. JFM-00-2793

C. Earl Brown, et al
      Defendant

## ORDER OF JUDGMENT

The jury having returned a verdict in favor of the Plaintiff Arlene Watkins as Administratrix of the Estate of James Watkins, Sr., against the Defendant C. Earl Brown, Inc., et al, it is this 27TH day of November, 2001,

**ORDERED,**

1. Judgment is entered in favor of Plaintiff Arlene Watkins as Administratrix of the Estate of James Watkins, Sr., against Defendant C. Earl Brown, Inc., et al, in the amount of $73,938.18 (Seventy three thousand, nine hundred thirty eight dollars and eighteen cents) with costs; and

2. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

/s/ Beth P. Gesner
Beth P. Gesner
United States Magistrate Judge

