IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ARLENE WATKINS, Administratrix of the Estate of JAMES WATKINS, SR., Plaintiff, | * * * * |
| v. | Civil Action No. JFM-00-2793 (Magistrate Judge Gesner) |
| C. EARL BROWN, INC. et al., Defendants. | * * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JUDGMENT FOR ATTORNEYS' FEES

Whereas this Court entered, on January 9, 2002, an Order directing defendant, C. Earl Brown, Inc., to pay attorneys' fees and costs, it is this /14th/ day of January, 2002, ORDERED:

1. That judgment for attorneys' fees in the amount of $27,272.50 and costs in the amount of $1787.79 is hereby ENTERED in favor of plaintiff Arlene Watkins as Administratrix of the Estate of James Watkins, Sr. and against defendant C. Earl Brown, Inc.; and

2. That the Clerk shall mail copies of this Order to counsel of record.

Beth P. Gesner
United States Magistrate Judge